FILED

2010 FEB 26 PM 3:

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARION KRAYZMAN, PLAINTIFF(S) v. MICHAEL J. COPPES dba LAW OFFICES OF MICHAEL J. COPPES, et al. DEFENDANT(S). | CASE NUMBER CV 10 -1292 UA (RZ) |
| | **ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE** |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

Date

United States Magistrate Judge

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

- ☒ Inadequate showing of indigency
- ☐ Legally and/or factually patently frivolous
- ☐ Other:
- ☒ District Court lacks jurisdiction
- ☐ Immunity as to

Comments:
Federal courts are courts of limited subject-matter jurisdiction. Plaintiff asserts "federal question" (as opposed to diversity) jurisdiction. But none of his claims are based on a federal legal question. He asserts fraud, "abuse of power," defamation and professional negligence. Jurisdiction is wanting.

2/23/10
Date

United States Magistrate Judge

IT IS ORDERED that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ GRANTED ☒ DENIED (See comments above).

2/25/10
Date

Acting Chief

United States District Judge